# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Faith S. Hochberg |
| v. | : | Case No.  10-646 (FSH) |
| ERIC D. WISLER | : | Order for Medical Continuance |

This matter having come before the Court on the motion by defendant Eric D. Wisler (Michael Critchley, Sr., Esq., appearing), for an Order for a medical continuance on the grounds that defendant Eric D. Wisler is not competent and not physically fit to stand trial; and the government having submitted a report by Mark Levin, MD, concluding that the defendant is not currently competent to stand trial; and both the United States (Bradley A. Harsch, Special Attorney to the Attorney General, appearing) and defendant Eric D. Wisler (by Michael Critchley, Sr., Esq.) having consented to this Order; and for good cause shown;

It is, on this 28th day of January, 2011,

ORDERED that this case is hereby continued until April 15, 2011; and

ORDERED that the period from December 6, 2010 (the date on which the defendant filed his motion seeking a medical continuance) through April 15, 2011, shall be excludable in computing time under the Speedy Trial Act of 1974, pursuant to

Title 18, United States Code, Section 3161(h)(1)(A) and 3161(h)(4);

ORDERED that, on or before April 5, 2011, defendant Eric D. Wisler shall disclose to the United States and Dr. Mark Levin the results of any further scans or evaluations of the defendant's medical condition or changes to the drugs and narcotics prescribed to the defendant;

ORDERED that, not later than April 15, 2011, the United States shall state its position with regard to any further continuance of this matter on medical grounds.

_____
HON. FAITH S. HOCHBERG
United States District Judge

Consented and Agreed to by:

_____
Michael Critchley, Sr.
Counsel to Defendant Eric D. Wisler

_____
Bradley A. Harsch
Special Attorney to the Attorney General