# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Hon. Faith S. Hochberg |
| v. | Case No. 10-646 (FSH) |
| ERIC D. WISLER | <u>Order for Medical Continuance</u> |

This matter having come before the Court on the motion by defendant Eric D. Wisler (Michael Critchley, Sr., Esq., appearing), for an Order for a medical continuance on the grounds that defendant Eric D. Wisler is not competent and not physically fit to stand trial; and the government having submitted a report by Mark Levin, MD, concluding that the defendant is not currently competent to stand trial; and the Court having entered an Order dated January 28, 2011 continuing this case to April 15, 2011 due to the defendant's medical condition; and the defendant having disclosed to the United States the information regarding the defendant's medical condition as required in the Court's Order of January 28, 2011; and, pursuant to that Order, the United States having advised the Court of its position regarding a further medical continuance; and both the United States (Bradley A. Harsch, Special Attorney to the Attorney General, appearing) and defendant Eric D. Wisler (by Michael Critchley, Sr., Esq.) having consented to this Order; and for good cause shown;

It is, on this 25th day of April, 2011,

ORDERED that this case is hereby continued until June 30, 2011; and

ORDERED that the period from April 15, 2011 through June 30, 2011, shall be excludable in computing time under the Speedy Trial Act of 1974, pursuant to Title 18, United States Code, Section 3161(h)(1)(A) and 3161(h)(4);

ORDERED that, on or before June 17, 2011, defendant Eric D. Wisler shall disclose to the United States and Dr. Mark Levin the results of any further scans or evaluations of the defendant's medical condition or changes to the drugs and narcotics prescribed to the defendant;

ORDERED that, not later than June 30, 2011, the United States shall state its position with regard to any further continuance of this matter on medical grounds.

_____
HON. FAITH S. HOCHBERG
United States District Judge